IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

| ERIN MICHELLE AVINA, as Surviving Spouse and Personal Representative for the ESTATE OF PEDRO DANIEL AVINA SANCHEZ, <br><br> Plaintiff <br><br> v. <br><br> STELLANTIS N.V. and FCA US LLC d/b/a STELLANTIS NORTH AMERICA <br><br> Defendants | Civil Action No.: 3:25-cv-00387 |
|---|---|

## ORDER

**AND NOW**, on this 20th day of January, 2026, in consideration of Plaintiff ERIN MICHELLE AVINA and Defendant FCA US LLC (collectively, the "Parties") Joint Motion to Extend Deadlines, it is hereby **ORDERED** that the Motion is **GRANTED in part**, and that the First Amended Scheduling Order is entered as follows:

|  | Current Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Deadline | April 3, 2026 | July 2, 2026 |
| Plaintiff's Expert Disclosures | January 20, 2026 | April 20, 2026 |
| Defendant's Expert Disclosures | February 17, 2026 | May 18, 2026 |
| Rebuttal expert disclosures | March 3, 2026 | June 1, 2026 |
| Dispositive motions and *Daubert* motions | May 18, 2026 | August 17, 2026 |
| Responses to dispositive motions | June 17, 2026 | September 15, 2026 |
| Motions *in Limine* | July 17, 2026 | October 15, 2026 |
| Parties' pretrial memorandum | August 25, 2026 | November 23, 2026 |
| Final pretrial conference | September 1, 2026 | December 1, 2026 |
| Trial | September 15, 2026 | December 15, 2026 |

BY THE COURT:

_____

Date: